UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 11-48089 |
| DONNA PATTERSON | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hearing Date: June 4, 2012 |
| | ) | Hearing Time: 10:00 am |
| | ) | Location: 111 S. Tenth Street |
| | ) | Seventh Floor - North Courtroom |
| | ) | St. Louis, MO 63102 |

### NOTICE OF HEARING AND MOTION TO AMEND CONFIRMED PLAN

PLEASE TAKE NOTICE that the undersigned will move before the Honorable Kathy Surratt-States in the United States Bankruptcy Court, Eastern District of Missouri, 111 South 10th Street, Seventh Floor, North Courtroom, St. Louis, MO on June 4, 2012 at 10:00 a.m., or as soon thereafter as council may be heard, for the order on the underlying Motion to Amend Chapter 13 Plan.

Any response must be filed with the court by the day of the hearing and served upon the undersigned.

FAILURE TO FILE A RESPONSE TO THE MOTION WITHIN TWENTY ONE DAYS AFTER THE FILING OF THIS NOTICE MAY RESULT IN A DEFAULT ORDER BEING GRANTED.

COMES NOW Debtor, DONNA PATTERSON, by and through her attorney, Jennifer L. Breedlove, Karll Law Center, LLC and for her Motion to Amend a Confirmed Chapter 13 Plan states as follows:

1. Ford Motor is no longer a secured creditor as they have been paid in full with insurance proceeds.

2. Debtor's income and expenses have not changed.

3. Debtor's Third Amended Plan removes Ford Motor as a secured creditor.

WHEREFORE the Debtors pray this Honorable Court will approve Debtor's Third Amended Plan filed on April 30, 2012.

*[signature]*
DONNA PATTERSON, Debtor


Respectfully submitted,

*[signature]*
Jennifer L. Breedlove, #60965MO
Karll Law Center, LLC
1412 B Gravois Road
High Ridge, MO 63049
(636) 677-7000 Ph
(636) 677-4271 Fax
jbreedlove@karlllawcenter.com


## CERTIFICATE OF SERVICE

Come Now Debtors, by counsel, and states to the Court that the Third Amended Chapter 13 plan was electronically submitted to the Court on this 30th day of April, 2012. And the Third Amended Chapter 13 plan was mailed either by US Mail postage pre paid or via CM/ECF to the following parties:

Chapter 13 Trustee
PO Box 430908
St. Louis, MO 63143