UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 11-48089-659 |
| DONNA LEE PATTERSON ) | Chapter 13 |
| ) | |
| ) | Re: Objection to Claim 19 filed by |
| ) |    CAPITAL RECOVERY GROUP LLC |
| ) | Acct: 9508 |
| ) | Amount: $1,744.76 |
| **Debtor** ) | Response Due: September 11, 2013 |
| ) | |

## TRUSTEE'S OBJECTION TO CLAIM 19

COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in Bankruptcy, and for his objection to claim states as follows:

The claim of CAPITAL RECOVERY GROUP LLC dated August 15, 2013, SHOULD BE DENIED AS FILED BECAUSE CLAIM #19-2 AND THE ORIGINAL CLAIM #19-1 WERE BOTH FILED AFTER THE LAST DAY TO FILE CLAIMS WHICH WAS NOVEMBER 29, 2011.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

## NOTICE OF FILING OF OBJECTION TO CLAIM

Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S 10TH ST 4TH FL, ST LOUIS, MO   63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice.  If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee.  If a response is filed, this matter will be set for hearing upon subsequent notice.

| | |
|---|---|
| Dated: August 21, 2013 | /s/ John V. LaBarge, Jr. |
| | John V. LaBarge, Jr. |
| OBJCLM--AC | Standing Chapter 13 Trustee |
| | P.O. Box 430908 |
| | St. Louis, MO  63143 |
| | (314) 781-8100  Fax: (314) 781-8881 |
| | trust33@ch13stl.com |

    The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of August 21, 2013.

                                                                     /s/ John V. LaBarge, Jr.

DONNA LEE PATTERSON  
5716 KEITH DRIVE  
HIGH RIDGE, MO  63049  

KARLL LAW CENTER LLC  
1412 B  GRAVOIS RD  
HIGH RIDGE, MO  63049  

CAPITAL RECOVERY GROUP LLC  
PO BOX 88710  
C/O INSOLVE RECOVERY LLC  
MILWAUKEE, WI  53288-0710