**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO: 11-48089-659 |
| DONNA LEE PATTERSON ) | Chapter 13 |
| ) | |
| ) | Re: Objection to Claim 19 filed by |
| ) |     CAPITAL RECOVERY GROUP LLC |
| ) |     Acct: 9508 |
| ) | |
| **Debtor** ) | 5 OBJ: 08/21/2013 |
| ) | |

### CERTIFICATION AND ORDER FOR TRUSTEE'S OBJECTION TO CLAIM

    The Trustee certifies that he made service in accordance with applicable bankruptcy rules, that 21 days have passed since service of Trustee's objection and that Trustee has received no response in opposition to his objection or that any opposition has been resolved.

ORDCLM--AC

/s/ John V. LaBarge, Jr.
John V. LaBarge, Jr.
Standing Chapter 13 Trustee

### ORDER

    Upon Trustee's objection to claim number 19 filed by CAPITAL RECOVERY GROUP LLC, for good cause shown, it is ORDERED that the Trustee's objection is SUSTAINED and the claim is DENIED. THE TRUSTEE IS TO MAKE NO PAYMENT ON THE CLAIM.

**DATED: September 18, 2013**
**St. Louis, Missouri**

                        **KATHY A. SURRATT-STATES**
                        **Chief U.S. Bankruptcy Judge**

Copy mailed to:

DONNA LEE PATTERSON
5716 KEITH DRIVE
HIGH RIDGE, MO  63049

KARLL LAW CENTER LLC
1412 B  GRAVOIS RD
HIGH RIDGE, MO  63049

John V. LaBarge, Jr.
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

CAPITAL RECOVERY GROUP LLC
PO BOX 88710
C/O INSOLVE RECOVERY LLC
MILWAUKEE, WI  53288-0710